IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY DENTON and TODD DENTON                                   PLAINTIFFS

v.                       No. 4:22-cv-1092-DPM

THRASHER POOL AND SPA LLC                              DEFENDANT/
                                                        CROSS-DEFENDANT

v.

SHOTCRETE LLC                                            CROSS-CLAIMANT

ORDER

Motion for default judgment, *Doc. 55*, noted.  The Court sees two issues, though.

The affidavit is specific about the Dentons' damages.  But it doesn't account for what they recovered in their settlements with Shotcrete and Aqua Pro.  Please file an addendum with that information.  Addendum due by 11 June 2025.

Also, what of Shotcrete's cross claim against Thrasher Pool and Spa?  It doesn't appear to have been served.  Fed. R. Civ. P. 5(a)(2). Shotcrete doesn't appear to be prosecuting the crossclaim at this point. If Shotcrete wishes to prevent dismissal of the crossclaim without prejudice, it should file a motion by June 11th.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 June 2025