IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY DENTON and TODD DENTON            PLAINTIFFS

v.            No. 4:22-cv-1092-DPM

THRASHER POOL AND SPA LLC            DEFENDANT/
CROSS-DEFENDANT

v.

SHOTCRETE LLC            CROSS-CLAIMANT

## ORDER

Amy and Todd Denton properly served Thrasher Pool and Spa on 26 April 2023. *Doc. 19.* The Clerk entered a default, *Doc. 33,* after Thrasher failed to answer or respond. Fed. R. Civ. P. 55(a). Amy Denton submitted two affidavits establishing that the Dentons' damages were $361,285.64, of which they recovered $140,000 from Shotcrete and Aqua Pro. There's no need for a hearing. *Cutcliff v. Reuter,* 791 F.3d 875, 882 (8th Cir. 2015). The Dentons are entitled to the difference—$221,285.64—from Thrasher, plus post-judgment interest. 28 U.S.C. § 1961(a)-(b).

The Dentons' motion for default judgment, *Doc. 55 & 59,* is granted. Shotcrete's crossclaim is dismissed without prejudice. *Doc. 58.*

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2025