IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY DENTON and TODD DENTON                                    PLAINTIFFS

v.                           No. 4:22-cv-1092-DPM

THRASHER POOL AND SPA LLC;
SHOTCRETE LLC; and AQUA PRO INC.                              DEFENDANTS

v.

SHOTCRETE LLC                                                 CROSS-CLAIMANT

v.

THRASHER POOL AND SPA LLC                                     CROSS-DEFENDANT

## JUDGMENT

Amy and Todd Denton shall have judgment against Thrasher Pool and Spa LLC for $221,285.64. Post-judgment interest will accrue at 4.11% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b).

Amy and Todd Denton's claims against Shotcrete LLC and Aqua Pro Inc. are dismissed with prejudice. Shotcrete LLC's crossclaim against Thrasher Pool and Spa LLC is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2025

-2-